IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Silver Fox Energy, LLC f/k/a Silver Fox Pipeline and Facility Services, Inc., | )<br>)<br>) |
| Plaintiff, | ) **ORDER ADOPTING STIPULATION**<br>) **TO AMEND SCHEDULING ORDER**<br>) |
| vs. | )<br>) |
| Matthew Buchanan and Timco Blasting & Coatings, Inc., | )<br>) |
| | ) Case No. 1:22-cv-030 |
| Defendants. | ) |

On September 2, 2022, the parties filed a Joint Stipulation to Amend the Scheduling Order. (Doc. No. 39). The court **ADOPTS** the parties' stipulation and amends the pretrial deadlines as follows:

1. All fact discovery will be completed by the following deadline, with all written discovery to be served a minimum of thirty (30) days prior to the deadline: November 30, 2022.

2. The parties shall have until November 2, 2022, to file discovery motions.

3. The deadlines for exchanging complete expert witness reports are:

    • January 16, 2023, for plaintiff;

    • February 15, 2023, for defendants; and

    • March 17, 2023 for any rebuttal expert.

4. The parties shall have until April 17, 2023, to complete discovery depositions of expert witnesses.

5.	The deadlines for filing motions are:

- May 1, 2023 motions to amend pleadings to add punitive damages claims;

- March 1, 2023 non-dispositive motions (e.g. consolidation, bifurcation); and

- April 1, 2023 dispositive motions (e.g. summary judgment).

**IT IS SO ORDERED.**

Dated this 6th day of September, 2022.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court